IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: _____

KYRA ALEJANDRO,

        Petitioner,

v.

PALM BEACH STATE COLLEGE,

        Respondent.
_____/

### DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

Respondent PALM BEACH STATE COLLEGE ("College"), pursuant to Title 28, U.S. Code, Sections 1331, 1441, and 1446, hereby removes this action from the Circuit Court for the 15th Judicial Circuit in and for Palm Beach County to the United States District Court, Southern District of Florida, West Palm Beach Division. As grounds for removal, the College states as follows:

### Circuit Court Action

1. Petitioner commenced this action in the Circuit Court, styled *Kyra Alejandro v. Palm Beach State College*, Case No. 50-2011 CA 003889MB, by filing her "Verified Motion for Temporary Injunction" on March 14, 2011 (the "Circuit Court Action"). A copy of the Motion is attached as **Exhibit A** and is incorporated by reference as part of this Notice.

2. Service of a summons and a copy of Petitioner's Motion for Temporary Injunction were accepted by the College on March 18, 2011.

3. The College's responsive pleading in the Circuit Court Action is therefore due on April 7, 2011.

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |

100 S.E. Second Street | 1600 W. Commercial Blvd. | Suite 201 | 400 N. Ashley Drive | 824 U.S. Highway One
36th Floor | Miami | Florida  33131 | P.O. Box 14546 | Ft. Lauderdale | Florida  33302 | Suite 1150 | Tampa | Florida  33602 | Suite 100 | North Palm Beach | Florida  33408
Phone: 786-425-1045 | Fax: 786-425-3905 | Phone: 954-848-2460 | Fax: 954-848-2470 | Phone: 813-223-6021 | Fax: 813-223-6024 | Phone: 561-624-8233 | Fax: 561-624-8940

www.boydlawgroup.com

4. The time period for filing a responsive pleading in the Circuit Court Action has not expired as of the filing of this Notice of Removal.

### Grounds for Removal

5. This action stems from an alleged violation of the Americans with Disabilities Act. 42 U.S.C. §§ 12181-12189. It is alleged that in February 2011, Petitioner was informed that she was not allowed to attend classes with a dog. Further, on March 14, 2011, Petitioner attended classes with her dog and was escorted off campus by one of the College's employees. Petitioner filed the Circuit Court Action, requesting the court to enjoin the College from preventing the Petitioner from attending classes with her dog. *See* **Exhibit A** ¶¶ 12 - 18.

6. Pursuant to 28 U.S.C. 1441, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending.

7. This Court has jurisdiction pursuant to Title 28, U.S. Code, Section 1331, as Plaintiff's claim arises under a law of the United States. *See* **Exhibit A** ¶ 5. Accordingly, the Circuit Court Action may be properly removed to this United States District Court pursuant to Title 28, U.S. Code, Section 1441(b).

### Compliance with Procedural Requirements

8. This Notice of Removal is filed within the thirty-day time period required by Title 28, U.S. Code, Section 1446(b).

9. Venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending. *See* 28 U.S.C. § 1441(a).

| MIAHI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
| --- | --- | --- | --- |
| 100 S.E. Second Street<br>36th Floor | Miami | Florida 33131<br>Phone: 786-425-1045 | Fax: 786-425-3905 | 1600 W. Commercial Blvd. | Suite 201<br>P.O. Box 14546 | Ft. Lauderdale | Florida 33302<br>Phone: 954-848-2460 | Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 | Tampa | Florida 33602<br>Phone: 813-223-6021 | Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 100 | North Palm Beach | Florida 33408<br>Phone: 561-624-8233 | Fax: 561-624-8940 |

www.boydlawgroup.com

10. Promptly after the filing of this Notice of Removal, the College shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida, as required by Title 28, U.S. Code, Section 1446(d).

11. Pursuant to Title 28, U.S. Code, Section 1446(a), copies of all process, pleadings, and orders served upon the College in the Circuit Court Action are attached hereto as **Exhibit A**. No further proceedings have been conducted in the Circuit Court Action. Trial has not commenced in the Circuit Court Action.

WHEREFORE, Palm Beach State College gives notice of the removal of the above-titled action from the Circuit Court of the Fifteenth Judicial Court in and for Palm Beach County, Florida.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via facsimile and U.S. mail to **David Casals, Esq.**, 325 Clematis Street, Suite 321, West Palm Beach, Florida 33401, on this 29th day of March, 2011.

> BOYD RICHARDS PARKER & COLONNELLI, P.L.
> 100 S.E. Second Street - 36th Floor
> Miami, Florida 33131
> Tel: 786-425-1045
> Fax: 786-425-3905
>
> By : /s/ W. Todd Boyd
> **W. TODD BOYD, ESQ.**
> Florida Bar No. 770558
> **KYLE T. BERGLIN, ESQ.**
> Florida Bar No. 84027

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
|---|---|---|---|
| 100 S.E. Second Street | 1600 W. Commercial Blvd. \| Suite 201 | 400 N. Ashley Drive | 824 U.S. Highway One |
| 36th Floor \| Miami \| Florida 33131 | P.O. Box 14546 \| Ft. Lauderdale \| Florida 33302 | Suite 1150 \| Tampa \| Florida 33602 | Suite 100 \| North Palm Beach \| Florida 33408 |
| Phone: 786-425-1045 \| Fax: 786-425-3905 | Phone: 954-848-2460 \| Fax: 954-848-2470 | Phone: 813-223-6021 \| Fax: 813-223-6024 | Phone: 561-624-8233 \| Fax: 561-624-8940 |

www.boydlawgroup.com